FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VICTOR ACOSTA-BRICENO,<br>Defendant. | Criminal Case No. 07CR3261-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant VICTOR ACOSTA-BRICENO, did knowingly and intentionally import approximately 47.32 kilograms (approximately 104.11 pounds)(net weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 4, 2007.

KAREN P. HEWITT
United States Attorney

[signature]

for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:Imperial
12/3/07